**MH SYSTEMS, INC., Appellant**

v.

**COLDHARBOUR MARINE LIMITED, Appellee**

2016-1768

United States Court of Appeals, Federal Circuit.

March 8, 2017

BRADLEY D. ROUSH, Foley & Lardner LLP, Washington, DC, argued for appellant. Also represented by GEORGE ELLSWORTH QUILLIN, JESSICA FLORES; MATTHEW AMBROS, Boston, MA.

PETER DANIEL SIDDOWAY, Sage Patent Group, PLLC, Raleigh, NC, argued for appellee. Also represented by LYNNE A. BORCHERS.

(Moore, Linn, and Stoll, Circuit Judges).

**JUDGMENT**

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* Fed. Cir. R. 36.